IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO.: 6:22cr606 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | |
| | ) | |
| **RYAN ADAM CARR** | ) | |
| **JOHN PETER CARDINAL** | ) | INFORMATION |

COUNT 1
*(Brandishing a firearm during a drug trafficking crime)*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about April 3–4, 2020, in the District of South Carolina, the Defendants, **RYAN ADAM CARR** and **JOHN PETER CARDINAL**, did knowingly carry and use and brandish a firearm during and in relation to a drug trafficking crime, to wit, conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846, which is prosecutable in a court of the United States, and did aid and abet each other in the aforesaid offense;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov

1