IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**RYAN ADAM CARR**<br>**JOHN PETER CARDINAL** | Criminal No. _____<br><br>**Elements and Penalties** |

**Count 1 – Brandishing a firearm during a drug trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2**

A. First, the defendant used or carried a firearm;

B. Second, the defendant did so during and in relation to a drug trafficking crime which may be prosecuted in federal court, to wit, conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846; and

C. Third, the firearm was brandished.

**OR:**

A. First, the drug trafficking crime was committed by someone other than the defendant;

B. The defendant actively participated in the drug trafficking crime as something he wished to bring about;

C. The defendant associated himself with the drug trafficking crime with advance knowledge that someone else involved in the drug trafficking crime would use or carry a firearm during and in relation to the drug trafficking crime; and

D. The defendant sought by his actions to make the criminal venture succeed.

**PENALTIES:**

IMPRISONMENT for at least 7 years (consecutive to any other prison term)
FINE of $250,000
TERM OF SUPERVISED RELEASE of up to 5 years
SPECIAL ASSESSMENT of $ 100